**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

v.                                          **4:04CR00237-01-BRW**

**ANDRE SMALLEY**

**AMENDED AND SUBSTITUTED
JUDGMENT AND COMMITMENT**

Pending is Defendant's *pro se* Motion to Reduce Sentence (Doc. No. 47). The Prosecution has no objection.[1] The Motion is GRANTED, and Defendant's sentence is reduced to a period of 12 months.

A term of supervised release of 2 years is to follow incarceration. The defendant shall participate under the guidance and supervision of the U.S. Probation office, in a substance abuse treatment program which may including testing, outpatient counseling, and/or residential treatment. Further, the defendant shall abstain from the use of alcohol throughout the course of treatment. The defendant shall participate in mental health counseling under the guidance and supervision of the U.S. Probation Office. The remaining terms and conditions previously imposed are in full force and effect.

IT IS SO ORDERED this 5th day of May, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 49.